Mitchell David HOLBACH, Appellant,

v.

Dr. Richard JENKINS, Appellee.

No. 09–2982.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 16, 2010.

Filed: Feb. 23, 2010.

Mitchell David Holbach, Jamestown, ND, pro se.

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

PER CURIAM.

North Dakota inmate Mitchell David Holbach appeals the district court's[1] pre-service dismissal without prejudice of his 42 U.S.C. § 1983 action. Upon de novo review, *see Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam), we agree with the district court that Holbach failed to state a claim. We affirm. *See* 8th Cir. R. 47B.

[1] The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota, adopting the report and recommendations of the Honorable Charles S. Miller, Jr., United States Magistrate Judge for the District of North Dakota.